IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                                  CRIMINAL NO. 1:06cr50WJG-JMR-1

SHERA SIMS

ORDER WAIVING MANDATORY CONDITION

THIS CAUSE is before the Court on a motion *ore tenus* by United States Probation Officer Sarah J. Mentore to waive the following mandatory condition as set forth in the Judgment of this Court: "The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests, thereafter, as determined by the court." (Ct. R., Doc. 16, p.2.) The Defendant does not have a history of drug abuse. Random urine screens will be obtained to address any future drug abuse issues.

The Court having carefully considered the motion finds that the motion is well taken and should be granted. It is therefore,

ORDERED that the aforementioned mandatory condition be, and is hereby, waived. It is further,

ORDERED that the Judgment be amended to delete this provision. It is further,

ORDERED that all other terms and conditions of the original Judgment shall remain unchanged and in full force and effect.

SO ORDERED this the 12th ay of December, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE